# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Maurice L. Stroud,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00608-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **FRANK L. PERRY ,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2016 Order.

August 25, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court